IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST C. WOODS,

    Plaintiff,                            No. CIV S-06-1857 GEB EFB P

vs.

TOM L. CAREY, et al.,

    Defendants.                   <u>ORDER</u>

       Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On December 13, 2006, plaintiff filed a request for an extension of time to file an amended complaint pursuant to the court's November 30, 2006 order. *See* Fed. R. Civ. P. 6(b).

       Accordingly, it is ORDERED that:

       1. Plaintiff's December 13, 2006 request is granted.

       2. Plaintiff has 30 days from the date this order is served to file an amended complaint.

Dated: December 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE