IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARNEST C. WOODS,

    Plaintiff,                        No. CIV S-06-1857 GEB EFB P

    vs.

TOM L. CAREY, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        On April 15, 2011, plaintiff filed objections to the magistrate judge's order filed March 25, 2011, which dismissed plaintiff's fourth amended complaint with leave to amend. The undersigned construes plaintiff's objections as a request for reconsideration. Pursuant to E.D. Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 25, 2011, is affirmed.

Dated: April 29, 2011

GARLAND E. BURRELL, JR.
United States District Judge

1