1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EARNEST C. WOODS,

11            Plaintiff,                No. CIV S-06-1857 GEB EFB P

12        vs.

13   TOM L. CAREY, et al.,

14            Defendants.               <u>ORDER</u>

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19        On November 15, 2011, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

22   objections to the findings and recommendations.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed November 15, 2011, are adopted in full; and

2.  Plaintiff's August 30, 2011 motion for injunctive relief is denied.

Dated:  February 3, 2012

GARLAND E. BURRELL, JR.
United States District Judge

2